# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TABBITHA LYNN HOSSNER, | |
| **Plaintiff,** | 8:22CV336 |
| vs. | FINDINGS AND RECOMMENDATION |
| USCIS OMAHA FIELD OFFICE, Immigration; | |
| **Defendant.** | |

Plaintiff, proceeding pro se, filed a Complaint on September 20, 2022, (Filing No. 1), paid the filing fee, and was issued summons (Filing No. 2) for the defendant. Based on the record before the Court, it appeared that Plaintiff failed to serve the defendant with notice of this lawsuit. Accordingly, on December 20, 2022, the undersigned magistrate judge issued a show cause order requiring Plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve the defendant within 90-days of filing the Complaint. (Filing No. 4). The show cause order warned Plaintiff that failure to timely comply with the order may result in dismissal of the action without further notice. The deadline for responding to the show cause order was January 6, 2023.

Plaintiff did not respond to the show cause order. There is still no indication that the defendant has been served and received notice of this lawsuit. Plaintiff did not file any return of service or waiver indicating service was accomplished upon the defendant and the defendant has not entered a voluntary appearance. Plaintiff also failed to request an extension of the service deadline. Plaintiff was responsible for having the summons and complaint served within the time allowed by Rule 4(m) and failed to do so in this case, even after being provided with an opportunity to show cause. See Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period"). Under the circumstances,

2

**IT IS HEREBY RECOMMENDED** to Brian C. Buescher, United States District Court Judge, that the above-captioned case be dismissed without prejudice for failure of service pursuant to Federal Rule of Civil Procedure 4(m).

Dated this 11th day of January, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge